

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Llynda Spencer Lovejoy,

Vs. No. 11-18-00260-CV

Charles Randall McWilliams,

\* From the County Court at Law
of Brown County,
Trial Court No. DV1712218.

\* September 17, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trail court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Llynda Spencer Lovejoy.